IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MIGUEL TRUJILLO,**

    **Petitioner,**

vs.                             No. CIV-07-0685 MCA/ACT

**TIM LEMASTER, Warden**,
**and GARY K. KING, Attorney General**
**for the State of New Mexico,**

    **Respondents.**

## ORDER

    **THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition and the Petitioner having filed objections thereto, the Court has made a *de novo* review of the record and finds that the objections are not well-taken; therefore, the Magistrate Judge's Proposed Findings and Recommended Disposition will be adopted by the Court.

    **IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition are adopted by the Court and this case is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS FURTHER ORDERED** that Petitioner' *Motion for Leave to Amend* [Doc. 15] is **DENIED AS MOOT.**

    **SO ORDERED** this 29th day of September, 2008, in Albuquerque, New Mexico.

                                               _____
                                              **M. Christina Armijo**
                                              **UNITED STATES DISTRICT JUDGE**